UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Franklin T. Durham, | ) | Case No: 3:25-cv-12962-SAL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **DEFENDANTS** |
| Belk, Inc, Ashley Turner, Individually, | ) | **BELK, INC. AND ASHLEY TURNER'S** |
| Jones Lang Lasalle Americas, Inc., | ) | **RESPONSE TO FED. R. CIV. P. 7.1** |
| Kellermeyer Bergensons Services, LLC, | ) | **CORPORATE DISCLOSURES** |
| Jessie Sykes, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Belk, Inc. and Ashley Turner ("Defendants"), by and through their undersigned counsel, submit the following responses to Fed. R. Civ. P. 7.1 Corporate Disclosures:

1.  Identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) state that there is no such corporation.

    **RESPONSE: Belk, Inc. is wholly owned by Bear Parent, Inc., which is not publicly owned or traded.**

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

COLLINS & LACY, P.C.

By:     *s/Andrew T. Smith*
        CHRISTIAN STEGMAIER
        Fed. Bar No.: 8007
        cstegmaier@collinsandlacy.com
        ANDREW T. SMITH
        Fed. Bar No: 13814
        asmith@collinsandlacy.com
        Post Office Box 12487
        Columbia, SC  29211
        803.256.2660
        803.771.4484 (fax)

        ATTORNEYS FOR DEFENDANTS
        BELK, INC. AND ASHLEY TURNER,
        INDIVIDUALLY

        **DEFENDANTS BELK, INC. AND
        ASHLEY TURNER'S RESPONSE TO
        FED. R. CIV. P. 7.1 CORPORATE
        DISCLOSURES**

October 13, 2025
Columbia, South Carolina